## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| CHARLES D. JULIUS, II | Case No.: 1-16-04565-HWV |
| LORRI J. JULIUS | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: COMMUNITY LOAN SERVICING LLC
Court Claim Number: 06
Last Four of Loan Number: 8891 S Salem - PRE-ARREARS - 8891
Property Address if applicable: 4230 SOUTH SALEM CHURCH ROAD, , DOVER, PA17315

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $70.83
b. Prepetition arrearages paid by the Trustee: $70.83
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $70.83

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021                                   Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name:  COMMUNITY LOAN SERVICING LLC  
Court Claim Number:  06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1174134 | 10/11/2017 | $15.72 | $0.00 | $15.72 |
| 5200 | 1185326 | 05/15/2018 | $15.41 | $0.00 | $15.41 |
| 5200 | 1194855 | 12/13/2018 | $15.39 | $0.00 | $15.39 |
| 5200 | 1204029 | 07/11/2019 | $15.35 | $0.00 | $15.35 |
| 5200 | 1210507 | 12/12/2019 | $8.96 | $0.00 | $8.96 |

Re:

| | |
|---|---|
| CHARLES D. JULIUS, II | Case No.: 1-16-04565-HWV |
| LORRI J. JULIUS | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| BAYVIEW LOAN SERVICING,LLC<br>4425 PONCE DE LEON BLVD<br>5TH FLOOR<br>CORAL GABLES, FL, 33146 | SERVED BY 1ST CLASS MAIL |
| CHARLES D. JULIUS, II<br>LORRI J. JULIUS<br>4230 SOUTH SALEM CHURCH ROAD<br>DOVER, PA 17315 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com