United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                           Case No. 16-04565-HWV

Charles D. Julius, II                                            Chapter 13

Lorri J. Julius

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 3

Date Rcvd: Aug 16, 2021                 Form ID: 3180W                     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles D. Julius, II, Lorri J. Julius, 4230 South Salem Church Road, Dover, PA 17315-4214 |
| 4852437 | + | Cby Systems, Inc., 33 South Duke Street, York, PA 17401-1401 |
| 4852440 | | Comcast Keystone, PO Box 719, Toledo, OH 43697-0719 |
| 4852441 | + | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 4852444 | + | Dover Township, 2480 W. Canal Road, Dover, PA 17315-3499 |
| 4852445 | | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 4852447 | + | Financial Recoveries, 200 East Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 4852453 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 4852452 | | Memorial Hospital, P.O. Box 505167, Saint Louis, MO 63150-5167 |
| 4852456 | + | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 4852458 | + | Penn Waste, Inc, PO Box 3066, York, PA 17402-0066 |
| 4852460 | | Schumacher Clinical Partners, PO Box 731584, Dallas, TX 75373-1584 |
| 4852462 | + | Wellspan Health, York Hospital, 1001 South George Street, York, PA 17403-3645 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: LCIBAYLN | Aug 16 2021 22:43:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 4852433 | + | Email/Text: bankruptcy@rentacenter.com | Aug 16 2021 18:34:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 4855816 | + | EDI: PHINAMERI.COM | Aug 16 2021 22:43:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 4976214 | + | EDI: LCIBAYLN | Aug 16 2021 22:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 4976215 | + | EDI: LCIBAYLN | Aug 16 2021 22:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 4852435 | | EDI: CAPITALONE.COM | Aug 16 2021 22:43:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4852436 | | Email/Text: bankruptcy@cavps.com | Aug 16 2021 18:34:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85282 |

| 4879909 | + Email/Text: bankruptcy@cavps.com | | |
|---|---|---|---|
| | | Aug 16 2021 18:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4852438 | + Email/Text: jessicajones@cpcrecovery.com | | |
| | | Aug 16 2021 18:34:00 | Central Portfolio Control, Inc., 10249 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343-9111 |
| 5366840 | + EDI: LCIBAYLN | | |
| | | Aug 16 2021 22:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 5366839 | + EDI: LCIBAYLN | | |
| | | Aug 16 2021 22:43:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 4852442 | + EDI: CONVERGENT.COM | | |
| | | Aug 16 2021 22:43:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 4852443 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Aug 16 2021 18:46:52 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4894425 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | | |
| | | Aug 16 2021 18:46:53 | Exeter Finance Corp., P.O. Box 167399, Irving, TX 75016-7399 |
| 4854037 | + EDI: AISACG.COM | | |
| | | Aug 16 2021 22:43:00 | Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 4852446 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | | |
| | | Aug 16 2021 18:46:50 | Exeter Finance Corporation, PO Box 166097, Irving, TX 75016-6097 |
| 4852448 | + EDI: PHINAMERI.COM | | |
| | | Aug 16 2021 22:43:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 4852450 | EDI: JEFFERSONCAP.COM | | |
| | | Aug 16 2021 22:43:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 4852439 | EDI: JPMORGANCHASE | | |
| | | Aug 16 2021 22:43:00 | Chase Mortgage, P.O. Box 24696, Columbus, OH 43224 |
| 4888672 | EDI: JPMORGANCHASE | | |
| | | Aug 16 2021 22:43:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4880010 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 16 2021 18:46:52 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4852451 | + Email/Text: unger@members1st.org | | |
| | | Aug 16 2021 18:34:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 4852454 | EDI: MID8.COM | | |
| | | Aug 16 2021 22:43:00 | Midland Credit Management Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 4852455 | + EDI: MID8.COM | | |
| | | Aug 16 2021 22:43:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 4893937 | + EDI: MID8.COM | | |
| | | Aug 16 2021 22:43:00 | Midland Funding LLC, Midland Credit Management, Inc, as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4852459 | EDI: PRA.COM | | |
| | | Aug 16 2021 22:43:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502-4962 |
| 4852457 | + Email/Text: HELP@PASVCS.COM | | |
| | | Aug 16 2021 18:34:00 | Patient Account Services, 200 South Park Road, Suite 450, Hollywood, FL 33021-8360 |
| 4877448 | EDI: Q3G.COM | | |
| | | Aug 16 2021 22:43:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 4852461 | + EDI: RMSC.COM | | |
| | | Aug 16 2021 22:43:00 | Syncb/old navy, P.O. Box 965005, Orlando, FL 32896-5005 |

4892688       + Email/Text: pasi_bankruptcy@chs.net

Aug 16 2021 18:34:00       YORK CLINIC COMPANY LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | \*+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | \*+ | Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 4852434 | \*+ | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 5093174 | \*+ | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 4852449 | ##+ | Hayt, Hayt & Landau, 123 South Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021       Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario John Hanyon | on behalf of Creditor JPMorgan Chase Bank  NA pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Lorri J. Julius pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Charles D. Julius  II pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles D. Julius II | Social Security number or ITIN   xxx–xx–4236 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 | Lorri J. Julius | Social Security number or ITIN   xxx–xx–6513 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:16–bk–04565–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles D. Julius II                     Lorri J. Julius

**By the court:**

8/16/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2